Case 2:12-cv-02531-KM-MF   Document 18-1   Filed 10/17/12   Page 1 of 2 PageID: 159

**HAROLD M. HOFFMAN, ESQ.**
Harold M. Hoffman (HMH5139)
hoffman.esq@verizon.net
240 Grand Avenue
Englewood, New Jersey 07631
Telephone: (201) 569-0086
Facsimile: (201) 221-7890

**BESHADA FARNESE LLP**
Donald A. Beshada (DAB2909)
dbeshada@gmail.com
108 Wanaque Ave.
Pompton Lakes, New Jersey 07442
Telephone: (973) 831-9910
Facsimile: (973) 831-7371

*Attorneys for Plaintiff Ian Steiner and the Proposed Class*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IAN STEINER, in his individual capacity and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RAWLINGS SPORTING GOODS CO., INC., a Delaware Corporation, and DOES 1-10, inclusive.<br><br>Defendant. | CASE NO: 12 CV 2531 (WJM)(MF)<br><br>**CONSENT ORDER REGARDING DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS** |

It appearing that Plaintiff Ian Steiner ("Plaintiff") and Defendant Rawlings Sporting Goods Co., Inc. ("Defendant" or "Rawlings"), in an effort to resolve a discovery dispute between them related to Defendant's responses to Plaintiff's initial Request for Production of Documents, have stipulated and agreed, through their respective counsel, as follows:

1. Defendant shall provide written responses to Plaintiff's initial Request for Production of Documents (dated May 2, 2012) no later than October 23, 2012;

2. Defendant shall produce to Plaintiff all non-privileged documents responsive to Plaintiff's initial Request for Production of Documents, as narrowed by Plaintiff on August 4, 2012, no later than October 23, 2012; and,

3. To the extent that Defendant claims privilege to any relevant documents responsive to Plaintiff's initial Request for Production of Documents, Defendant shall produce a privilege log identifying those documents no later than October 23, 2012.

IT IS SO ORDERED.

_____
The Honorable Mark Falk, United States Magistrate Judge

10/17/12

Consented as to form:

s/Donald A. Beshada
Donald A. Beshada
Attorney for Plaintiff Ian Steiner
and the Proposed Class

Dated:   October 17, 2012

s/David S. Osterman
David S. Osterman
Attorney for Defendant
Rawlings Sporting Goods Co., Inc.

Dated:   October 17, 2012