UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IAN STEINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RAWLING SPORTING GOODS CO., INC., a Delaware Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-02531-MCA<br><br>Hon. Kevin McNulty<br>Magistrate Judge Madeline C. Arleo<br><br>Motion Day: July 1, 2013 |
| STACY ORLICK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RAWLING SPORTING GOODS CO., INC., a Delaware Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:13-cv-03231-KM-MCA<br><br>Hon. Kevin McNulty<br>Magistrate Judge Madeline C. Arleo |

**PLAINTIFF STACY ORLICK'S NOTICE OF MOTION AND MOTION TO RELATE AND CONSOLIDATE**

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
James C. Shah
Natalie Finkelman Bennett
475 White Horse Pike
Collingswood, NJ 08107
Phone: (856) 858-1770
Facsimile: (856) 858-7012

[*Additional counsel listed on signature page*]

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on July 15, 2013, or as soon thereafter as the matter may be heard, Plaintiff Stacy Orlick ("Orlick") will bring a motion in the United States District Court for the District of New Jersey, located at Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order relating and consolidating the above-captioned actions against Defendant Rawlings Sporting Goods Co., Inc. ("Defendant" or "Rawlings"), alleging, *inter alia*, that Defendant falsely and misleadingly marketed and sold a flexible rubber bracelet called the "Rawlings Power Balance Performance Bracelet" (the "Bracelets" or the "Product"). In support of her motion, Plaintiff Orlick relies on the Memorandum of Points and Authorities set forth below, as well as all files and records in this matter, and any argument that may be presented at the hearing.

Good cause exists to grant Plaintiff Orlick's motion. Specifically, as set forth in the accompanying Memorandum (and as Defendant concedes), Plaintiff Orlick's action previously pending before the United States District Court for the Central District of California, styled *Orlick v. Rawlings Sporting Goods Co., Inc.*, and transferred to this Court on or about May 20, 2013, Case No. Case No. 2:13-cv-03231-KM-MCA (the "*Orlick* Action"), involves the same or substantially similar questions of law and/or fact and seeks substantially similar remedies as another action currently pending before this Court, styled *Steiner v. Rawlings Sporting Goods Co., Inc.*, Case No. 12-cv-2531-MCA (D.N.J.) (the "*Steiner* Action"). See *Orlick* Dkt. No. 33 (Stipulation to Transfer *Orlick* Action to the District of New Jersey). Accordingly, on June 4, 2013, Orlick filed a Notice of Related Case, relating the *Orlick* Action to the *Steiner* Action. *Orlick* Dkt. No. 42.

Dated:  June 14, 2013                     SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

By: */s/ James C. Shah*
James C. Shah
Natalie Finkelman Bennett
475 White Horse Pike
Collingswood, NJ 08107
Phone: (856) 858-1770
Facsimile: (856) 858-7012

GLANCY BINKOW & GOLDBERG LLP
Marc L. Godino (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160

TOSTRUD LAW GROUP, P.C.
Jon A. Tostrud (*pro hac vice*)
1925 Century Park East, Suite 2125
Los Angeles, CA 90067
Telephone:     (310) 278-2600
Facsimile:     (310) 278-2640

*Attorneys for Plaintiff Stacy Orlick and the proposed class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**
**PURSUANT TO DISTRICT OF NEW JERSEY**
**ECF AND LOCAL RULES AND BY MAIL**
**ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 475 White Horse Pike , Collingswood, NJ 08107.

On June 14, 2013, I caused to be served the following documents:

**PLAINTIFF STACY ORLICK'S NOTICE OF MOTION AND MOTION TO RELATE AND CONSOLIDATE**

**[PROPOSED] ORDER GRANTING PLAINTIFF STACY ORLICK'S MOTION TO RELATE AND CONSOLIDATE**

By posting the documents electronically to the ECF website of the United States District Court for the District of New Jersey, for receipt electronically by the parties listed on the attached Court's Service List.

And by **U.S. Mail** to all known non-ECF registered parties: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 14, 2013, at Collingswood, NJ .

*s/ James C. Shah*
James C. Shah

# Mailing Information for a Case 2:12-cv-02531-MCA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **DONALD A. BESHADA**
  dbeshada@gmail.com,christine@beshadafarneselaw.com

- **HAROLD M HOFFMAN**
  hoffman.esq@verizon.net

- **THOMAS J. O'GRADY**
  togrady@goldbergsegalla.com,dkerley@goldbergsegalla.com

- **DAVID S. OSTERMAN**
  dosterman@goldbergsegalla.com,dkerley@goldbergsegalla.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`