**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IAN STEINER, Individually and on Behalf of All Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>RAWLING SPORTING GOODS CO., INC., a Delaware Corporation, and DOES 1-10, inclusive,<br><br>                                        Defendants. | Case No. 2:12-cv-02531-MCA<br><br>Hon. Kevin McNulty<br>Magistrate Judge Madeline C. Arleo<br><br>Motion Day:  July 1, 2013 |
| STACY ORLICK, Individually and on Behalf of All Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>RAWLING SPORTING GOODS CO., INC., a Delaware Corporation, and DOES 1-10, inclusive,<br><br>                                        Defendants. | Case No. 2:13-cv-03231-KM-MCA<br><br>Hon. Kevin McNulty<br>Magistrate Judge Madeline C. Arleo |

**[PROPOSED] ORDER GRANTING PLAINTIFF STACY ORLICK'S**
**MOTION TO RELATE AND CONSOLIDATE**

This matter came before the Court on July 1, 2013.

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff Stacy Orlick's Motion to Relate and Consolidate the above-captioned matters is GRANTED, as follows:

The following cases are hereby deemed related pursuant to Local Rule 40.1(c) and consolidated pursuant to Fed. R. Civ. P. 42: *Steiner v. Rawlings Sporting Goods Co., Inc.*, Case No. 12-cv-2531-MCA (D.N.J.) (the "*Steiner* Action") and *Orlick v. Rawlings Sporting Goods Co., Inc*, Case No. 2:13-cv-03231-KM-MCA (D.N.J.) (the "*Orlick* Action").

Dated: _____       _____
                                     Hon. Madeline C. Arleo
                                     United States Magistrate Judge

1